UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80109-CR-HURLEY

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

v.

**SEBASTIAN VINCENT JONES,**
   **Defendant.**
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 61], dated August 19, 2013. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, October 10, 2013, at 10:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20th day of August, 2013.

**copy furnished:**
AUSA Robert H. Waters, Jr.
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge